IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re MoneyGram International, Inc. Derivative Litigation<br><br>This Document Relates to:<br><br>ALL ACTIONS | Lead C.A. No. 3:19-cv-00415-X<br><br>Honorable Judge Brantley Starr |

## AGREED ORDER AND FINAL JUDGMENT

The Court grants the Parties' Joint Motion for Dismissal. This matter is hereby dismissed with prejudice as to Plaintiffs Khong Meng Chew and Angelo Kaplan ("Plaintiffs"). This dismissal is with prejudice only as to Plaintiffs and shall not affect any derivative or other litigation filed by any other MoneyGram shareholders, including but not limited to the ongoing matter styled *Richardson v. Clark* that is pending in the Delaware Court of Chancery as Civil Action No. 2019-1015-SG. Each side shall bear their own costs. This is a final judgment that disposes of all parties and claims in this litigation and is appealable. The clerk is directed to close this matter.

**IT IS SO ORDERED.**

DATED: ___February 24___, 2020

THE HONORABLE BRANTLEY STARR
UNITED STATES DISTRICT JUDGE